IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CEDRIC JERMAINE MANIOR, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-170
)
IAN HEAP, Chatham County )
Assistant District Attorney, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of November 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____
Deputy Clerk