AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Cedric Jermaine Manior,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV417-170,

Ian Heap, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/6/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.



| 11/6/17 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Walker Crescott*
(By) Deputy Clerk